In the Matter of the General Assignment for the Benefit of Creditors of EUGENE LEFKOWITZ and JULIUS PREDMEST, Copartners Trading under the Firm Name and Style of L. & P. CUT-RATE HOUSEFURNISHINGS, Assignors, to AARON L. PALMER, Assignee, Appellant; LINCOLN CREDIT UNION, Respondent.— Order vacating and setting aside assignment for the benefit of creditors and also vacating and setting aside an order authorizing and directing the sale of assets modified by striking therefrom the first, fourth and fifth ordering paragraphs; and as so modified affirmed, without costs. The order in respect to such paragraphs was unauthorized. (Partnership Law, § 51, subd. 2, ¶ [c]; Id. §§ 52, 54; *Matter of Rader* v. *Goldoff*, 223 App. Div. 455; see, also, *Geitner* v. *United States Fidelity & Guaranty Co.*, 225 id. 451, 452; affd., 251 N. Y. 205; *Citizens Trust Company of Binghamton* v. *Merselis*, 148 Misc. 676, 679; affd., 244 App. Div. 845; affd., 271 N. Y. 539.) The matter is remitted to Special Term, where the parties may proceed in accordance with the provisions of section 54 of the Partnership Law, as they may be advised. Hagarty, Davis and Johnston, JJ., concur; Lazansky, P. J., and Close, J., dissent in so far as the vacatur of the assignment is concerned on the ground that the court had no power to vacate the assignment; otherwise concur.

In the Matter of Supplementary Proceedings: POWELL & TITUS, INC., Appellant, v. ANNA SEGAL, Respondent.— In a proceeding supplementary to execution, order directing the judgment debtor respondent, pursuant to Civil Practice Act, section 793, to pay to the judgment creditor appellant one dollar and fifty cents a week on account of the judgment, modified by increasing the amount directed to be paid to the sum of ten dollars a week, and as so modified affirmed, with ten dollars costs and disbursements to appellant. The amount which the Special Term directed to be paid is inadequate. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.

EDWARD JOCKERS, Appellant, v. R. E. CARRICK Co., INC., and JAMES STEWART Co., INC., Respondents.— Order of the Appellate Term affirming a judgment of the City Court of the City of New York, Queens County, dismissing the complaint at the close of plaintiff's case in a personal injury action, unanimously affirmed, with costs. Appeal from the original judgment of the City Court and appeal from the judgment entered upon the order of the Appellate Term dismissed. No appeal lies therefrom. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

JOHN E. KELLY, Doing Business under the Firm Name and Style of KELLY PILE DRIVING COMPANY, Appellant, v. EDWARD G. EICHACKER, Doing Business under the Firm Name and Style of SETAUKET CONTRACTING AND DREDGING Co., Respondent.— In an action (1) to recover damages for the conversion of chattels and (2) to recover rental value of such chattels prior to conversion, order granting motion of defendant to open his default reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The moving papers contained no factual showing that there was a defense to either cause of action, and the conduct of the defendant, after the default and before the motion to open it, in removing his property beyond the reach of the plaintiff, his creditor, shows bad faith warranting the denial of the motion in the exercise of sound discretion. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.